# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:18-CR-00333(2)-DAE |
| | § | |
| (2) Emmanuel Olawale Ajayi | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 29, 2026, wherein the defendant Ajayi waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Ajayi to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Ajayi's plea of guilty to Count One and Two of the Indictment is accepted.

Signed this 1st day of July, 2026.

_____

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE